[No. 16817-7-I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent, v.*
JOHN DODGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01116-0, Terrence A. Carroll, J., entered
July 18, 1985. *Affirmed* by unpublished opinion per Wil-

liams, J., concurred in by Swanson and Grosse, JJ.